## Case No. CR2-10-86 - - - Request for Permission to Travel while on Probation

Daniel E. Minaya
2393 Parkgreen Place
Columbus, OH 43229

FILED
RICHARD W. NAGEL
CLERK OF COURT

2021 MAR 12 PM 1: 15

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

March 12, 2021

The Honorable Judge Michael H. Watson
United State District Court – Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse, Room 169
85 Marconi Boulevard
Columbus, OH 43215

Re: **International Travel Request for Daniel E. Minaya**
Case No. CR2-10-86, USDC – Southern District of Ohio
Judgment date: February 14, 2011
Sentence rendered: 144 months imprisonment

Honorable Judge Watson:

My purpose in writing Your Honor is you were reassigned my case which was previously assigned to and presided over by the Honorable Judge Gregory L. Frost. I am requesting permission to travel to the Dominican Republic from May 14 to May 23, 2021. While incarcerated, my dear father, Luis Minaya, died in the Dominican Republic on May 15, 2015. I was unable to see him or attend his funeral. I would like to visit his burial site and make my peace on the anniversary of his death on May 15, 2021. I would also like to visit my family members who I have not seen since 2010 (brothers, sisters, uncles, aunts, nephews and nieces).

I was released on December 3, 2019. I completed and was fully compliant with the halfway house programs maintaining employment, negative drug screens and do not owe any restitution. Because of my compliance, after two months in the halfway house, I was transferred to home confinement to complete the remainder of my transition period from FBOP until August 20, 2020.

I have a full-time job and live in a one-bedroom apartment in the Minerva Park area of Columbus. I am currently serving four years probation. I have spoken with Vanessa Fletcher, my probation officer, of my desire to travel and she does not oppose my travel to the Dominican Republic.

I am looking forward to visiting with my father and my family. Thank you for considering my request to travel to the Dominican Republic.

Respectfully,

*Daniel Minaya*
Daniel E. Minaya