Daniel E. Minaya
5094 Busch Boulevard, Unit 98
Columbus, OH 43229

FILED
RICHARD W. NAGEL
CLERK OF COURT

2024 JAN 23  AM 10: 26

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

**Via Email**

January 19, 2024

The Honorable Judge Michael H. Watson
United State District Court – Southern District of Ohio
Joseph P. Kinneary U.S. Courthouse, Room 169
85 Marconi Boulevard
Columbus, OH 43215

**Re:** **International Travel Request for Daniel E. Minaya**
Case No. CR2-10-86, USDC – Southern District of Ohio
Judgment date: February 14, 2011
Sentence rendered: 144 months imprisonment

Honorable Judge Watson:

My purpose in writing Your Honor is to request permission to travel to the Dominican Republic from March 20 to April 3, 2024. The purpose of my trip is to attend the wedding of my oldest niece. I would also like to visit my family members who I have not seen since my last visit in 2021 (brothers, sisters, uncles, aunts, nephews and nieces).

I was released on December 3, 2019. I completed and was fully compliant with the halfway house programs maintaining employment, negative drug screens and do not owe any restitution. Because of my compliance, after two months in the halfway house, I was transferred to home confinement to complete the remainder of my transition period from FBOP until August 20, 2020.

I have maintained my full-time job for 3 ½ years and have since been promoted to a leadership position. I have sustained self-sufficient residence and live in a one-bedroom apartment in Columbus. I am currently serving four years probation, which ends this year, August 20, 2024. Ultimately, my hope and prayer are if you would also take under consideration, my request for early release from probation, since I only have a few months left. I have spoken with Melissa, my probation officer, of my desire to travel and she does not oppose my travel to the Dominican Republic.

I am looking forward to attending the wedding and visiting my family. Thank you for considering my request to travel to the Dominican Republic.

Respectfully,

Daniel E. Minaya