**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**United States of America,**

    **v.**                            **Case No. 2:10-cr-86**

**Daniel Minaya,**                    **Judge Michael H. Watson**

    **Defendant.**

## ORDER

Defendant moves for leave to travel outside the United States from March 20, 2024, through April 3, 2024, to attend his niece's wedding and visit with family. Mot. Travel, ECF No. 55.

For good cause shown, the motion is **GRANTED**. Defendant is **DIRECTED** to share the details of his travel plans with his Probation Officer and secure her approval of the same.

Finally, the motion to travel mentions, in passing, a request for early termination of supervised release. There is no such motion pending, and, if Defendant requests early termination, he must file a motion for the same.

The Clerk is directed to terminate ECF No. 55 as a pending motion.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**